# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE COOLEY, | ) | 1:07-cv-01872-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DISCHARGING ORDER TO SHOW |
| | ) | CAUSE WHY THE PETITION SHOULD |
| v. | ) | NOT BE DISMISSED FOR VIOLATION OF |
| | ) | THE ONE-YEAR STATUTE OF |
| | ) | LIMITATIONS (Doc. 5) |
| J. D. HARTLEY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The instant federal petition for writ of habeas corpus was filed on December 4, 2007 in the United States District Court for the Central District of California and transferred to this Court on December 26, 2007. (Docs. 1 & 2). The Court conducted a preliminary review of the petition and determined that it may be untimely. Accordingly, the Court issued an Order to Show Cause on January 23, 2008, requiring Petitioner to response to the Court's concern regarding the petition's potential untimeliness. (Doc. 5). Petitioner filed his response on February 21, 2008. (Doc. 6).

    In his response, Petitioner provided additional information regarding the proceedings in state court that were sufficient to satisfy the Court's preliminary concerns about the timeliness of the petition. Accordingly, the Court will order the Order to Show Cause to be discharged. It bears emphasis that this determination is preliminary only, and is not a final determination of the merits of the issue of timeliness. It merely represents a preliminary assessment based on the limited information the Court currently has available to it. The Court may re-evaluate the issue at a later

time should additional information become available that would establish that the petition is indeed untimely.

## **ORDER**

Accordingly, the Court HEREBY ORDERS that the Order to Show Cause dated January 23, 2008 (Doc. 5), is DISCHARGED. Respondent will be ordered to file a response to the petition by a separate order.

IT IS SO ORDERED.

Dated:   **May 13, 2008**                                             /s/ Theresa A. Goldner
                                                                                          UNITED STATES MAGISTRATE JUDGE