# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE COOLEY, <br><br> Petitioner, <br> vs. <br> J.D. HARTLEY, <br><br> Respondent. | CASE NO. 1:07-cv-1872 DMS (POR) <br><br> **ORDER STAYING CASE** |

On December 4, 2007, Petitioner Willie Cooley ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The case was transferred to the United States District Court for the Eastern District of California on December 26, 2007. Respondent filed an Answer to the Petition on August 18, 2008. Petitioner has not filed a Traverse. On November 25, 2008, the case was assigned to the undersigned visiting judge.

Petitioner claims that the California Board of Parole Hearings violated his right to due process when it denied his request for parole. This issue is currently before an *en banc* panel of the Ninth Circuit in *Hayward v. Marshall*, Case Number 06-55392. That case was heard on June 24, 2008, after which the court ordered supplemental briefing. The supplemental briefs have been submitted, but the Ninth Circuit has not yet issued its opinion. Because that opinion will effect the analysis of

/ / /
/ / /
/ / /
/ / /

Petitioner's claims, the Court finds it appropriate to stay this case pending the Ninth Circuit opinion in *Hayward*. Accordingly, this case is stayed pending that opinion.

**IT IS SO ORDERED.**

DATED: March 13, 2009

_____
HON. DANA M. SABRAW
United States District Judge